# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_Civil_ Division

Michelle R Ward )
)
**Plaintiff(s)** )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
Mary G. Probsts )
)
**Defendant(s)** )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. 8:22cv724 MSS-TGW
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michelle Ward
Street Address: 54 N. Ermine St
City and County: Dunkirk Chautauqua
State and Zip Code: New York 14048
Telephone Number: 716-401-8733
E-mail Address: chelbyw1970@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: May G. Probts
- Job or Title (if known):
- Street Address: 6035 Sea Ranch Dr. #315
- City and County: Hudson  Pasco
- State and Zip Code: Florida  34667
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The defendant, (name) __Mary Probts__, owes the plaintiff (specify the amount) $ __500.00__, because (use one or more of the following, as appropriate):

**A. On a Promissory Note**

On (date) _____, the defendant signed and delivered a note promising to pay the plaintiff on (date) _____ the sum of (specify the amount) $ _____ with interest at the rate of (specify the amount) _____ percent. The defendant has not paid the amount due and owes (state the amount of unpaid principal and interest) $ _____. A copy of the note is attached as an exhibit or is summarized below. (Attach the note or summarize what the document says.)

**B. On an Account Between the Parties**

The defendant owes the plaintiff (specify the amount) $ _____. This debt arises from an account between the parties, based on (state the basis, such as an agreement between a credit-card company and a credit-card holder)

The plaintiff sent the defendant a statement of the account listing the transactions over a certain period and showing the bills sent, the payments received or credits approved, and the balance due. The defendant owes (specify the amount) $ _____. Copies of the bills or account statements are attached as exhibits or summarized below. (Attach the statements or summarize what they say.)

Plantiff sent a Bank wire transfer to defendant to be used for bail for plaintiffs Daughter. When or if charges were dropped funds would be sent to defendant to reimburse Plaintiff